IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALDEN SHORT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-cv-0842-K |
| | § | |
| LANETRA BAILEY and all Occupants, | § | |
| | § | |
| Defendants. | § | |

## ORDER REMANDING CASE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this action is **REMANDED** to the Dallas County Justice Court from which it was removed.

SO ORDERED.

Signed May 7th, 2015.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE